UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

KELLY NAROWSKI,

    Plaintiff,

CASE NO: 2:22-cv-02143

vs.

VOL LIBRE SALON, LLC,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled case without prejudice, with costs taxed as paid.

Respectfully submitted, this the 31st day of May, 2022.

| | |
|---|---|
| */s/ David P. Calvert* | */s/ Edward I. Zwilling* |
| David P. Calvert, Esq. | Edward I. Zwilling, Esq. |
| Kansas State Bar No: 06628 | Plaintiff's Lead Counsel |
| Plaintiff's Local Counsel | Ala. Bar No. ASB-1564-L54E |
| Kansas State Bar No.: 06628 | Law Office of Edward I. Zwilling, LLC |
| 532 N. Market Street | 4000 Eagle Point Corporate Drive |
| Wichita, Kansas 67214 | Birmingham, Alabama 35242 |
| Telephone:(316) 269-9055 | Telephone: (205) 822-2701 |
| lawdpc@swbell.net | edwardzwilling@zwillinglaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 31st day of May, 2022, I have electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the following counsel of record at the email address registered with CM-ECF. A copy of the foregoing has also been e-mailed to counsel for Defendant, Aimee Bateman, at aimee@leavenworthlawyer.com, who has not filed a formal appearance.

*s/ David Calvert*
David Calvert